IN THE DISTRICT COURT OF CLEARFIELD COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

V.

**FRANK SHERWOOD, ET AL,**
**Defendant (Respondent)**

CASE and/or DOCKET No.: 18-00059

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: Summons And Complaint

I, DAVID JOHNSTON _____, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I attempted to serve FRANK SHERWOOD the above process on the 4 day of June , 20 18 , at 1 :00 o'clock, P M, at 10423 BENNETTS VALLEY HWY PENIFIELD, PA 15849 , County of Clearfield, Commonwealth of Pennsylvania:

Manner of Service:
By handing a copy to:

☐  An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐  The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *

☐  An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *

☒  By handing a copy to the Defendant(s)

☐  By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐  By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐  By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

☐  By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: DAVID JOHNSTON
Relationship/Title/Position: Deputy Sheriff
Remarks: _____
Description: Approximate Age 58  Height 6'  Weight 220  Race C  Sex M  Hair W

Defendant was not served because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:
1) _____  2) _____  3) _____

Commonwealth/State of Pennsylvania  ) SS:
County of Clearfield  )

Before me, the undersigned notary public, this day, personally, appeared David Johnston _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-179833
Case ID #:5196197

Subscribed and sworn to before me
this 4th day of June , 20 18 BRIAN K. SPENCER
Prothonotary
My Commission Expires
1st Monday in January 2022
Clearfield Co., Clearfield, PA
Notary Public