## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff<br><br>vs.<br><br>FRANK S. SHERWOOD<br><br>　　　　　　　　　Defendant | CIVIL NO. 18-00059 |

　　　　James C. Warmbrodt, Esq. being duly sworn, deposes and says:

1.　　That he is an attorney at KML Law Group, P.C., specially appointed counsel for the United States of America, on behalf of its Agency, the Rural Housing Service, for the Western District of Pennsylvania, and attorney for the Plaintiff in the above-captioned case.

2.　　That service on Defendant FRANK S. SHERWOOD in this matter was accomplished by personal service pursuant to Federal Rule of Civil Procedure 4(e)(1) and LR 4.1 of the Western District of Pennsylvania.

3.　　Deponent further says that he has caused an investigation to be made for the purpose of ascertaining if the Defendant FRANK S. SHERWOOD is presently in the military service of the Unites States and, upon information and belief, verily believes that he is not presently in the military service of the United States. A copy of the Defense Military Authorization Verification is attached as Exhibit A.

4.　　Deponent makes this Affidavit upon information and belief for the purpose of taking judgment against the Defendant.

　　　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.


　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　　　　(215) 627-1322